IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
15 SEP 10 AM 8:09
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:15mj172 |
| v. | : | |
| TOMMY THOMPSON | : | ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above captioned case filed herein and ordered sealed by the order of this court on May 26, 2015, be unsealed by the Clerk of Courts.

_____
SHARON L. OVINGTON
Chief United States Magistrate Judge